| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GENOVEVA MOLINA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:07-CV-542 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Petitioner Genoveva Molina, proceeding *pro se*, brought this petition for writ of habeas corpus, seeking the release of her son from the federal prison in Beaumont, Texas. Petitioner alleges that her son is her property, and his confinement has deprived her of that property.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommended that the petition be dismissed. The magistrate judge also recommends that the petitioner be warned that sanctions may be imposed if she continues to file frivolous pleadings.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 1st day of January, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE